FILED - UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
NOV 0 7 2003

THOMAS CONRAD, )
)
Plaintiff, )   Case No. 03C 7888
)
v. )   Judge JUDGE RONALD GUZMAN
)
OFFICERS JOHN DOE 1-4, )   Jury Demand
individually, )   MAGISTRATE JUDGE NOLAN
)
Defendants. )

## COMPLAINT

NOW COMES the Plaintiff, THOMAS CONRAD, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, and complaining against the Defendants, OFFICERS JOHN DOE 1-4, individually, as follows:

### COUNT I - ~~EXCESSIVE FORCE~~ UNLAWFUL SEARCH

1. This action is brought pursuant to the Laws of the United States Constitution, specifically 42 U.S.C. §1983 and §1988, and the Laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, THOMAS CONRAD, and accomplished by acts and/or omissions of the Defendants, OFFICERS JOHN DOE 1-4, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1331 and §1343.

3. The Plaintiff, THOMAS CONRAD, at all relevant times was a resident of the State of Illinois.

4. The Defendants, OFFICERS JOHN DOE 1-4, at all relevant times were acting under color of law and within their scope as officers for the Chicago Police Department.

5. On or about June 2003, the Plaintiff, THOMAS CONRAD, was in his bar at 5958 S. Pulaski when the Defendants, OFFICERS JOHN DOE 1-4, walked in and began to search the premises.

6. There was no probable cause to search the premises.

7. The Defendants, OFFICERS JOHN DOE 1-4, searched behind the bar.

8. The Defendants, OFFICERS JOHN DOE 1-4. searched the coolers.

9. The Defendants, OFFICERS JOHN DOE 1-4, searched the Plaintiff, THOMAS CONRAD'S, private office.

10. The Defendants, OFFICERS JOHN DOE 1-4, searched the Plaintiff, THOMAS CONRAD'S private safe.

11. One of the Defendants, OFFICERS JOHN DOE 1-4, without just cause or provocation took and stole approximately three hundred ($300.00) dollars from the Plaintiff, THOMAS CONRAD'S, safe.

12. The Defendants, OFFICERS JOHN DOE 1-4, closed the Plaintiff, THOMAS CONRAD'S. Bar.

13. The search was and excessive.

14. The actions of the Defendants, OFFICERS JOHN DOE 1-4, in closing the bar were unreasonable.

15. The actions of the Defendants, OFFICERS JOHN DOE 1-4, were intentional, willful and wanton.

16. The actions of the Defendants, OFFICERS JOHN DOE 1-4, violated the Plaintiff, THOMAS CONRAD'S, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

17. As a direct and proximate consequence of said conduct of the Defendants, OFFICERS JOHN DOE 1-4, the Plaintiff, THOMAS CONRAD, suffered violations of his constitutional rights, emotional anxiety, monetary loss, fear and insult.

WHEREFORE the Plaintiff, THOMAS CONRAD, prays for judgment against the Defendants, OFFICERS JOHN DOE 1-4, for compensatory damages of TWENTY-FIVE THOUSAND 00/100 ($25,000.00) DOLLARS, plus punitive damages of TWENTY-FIVE THOUSAND 00/100 ($25,000.00) DOLLARS, plus reasonable attorney's fees and costs.

## COUNT II - FALSE ARREST

1-6. The Plaintiff, THOMAS CONRAD, hereby reallege and incorporates his allegations of paragraphs 1-6 of Count I as his respective allegations of paragraphs 1-6 of Count II as though fully set forth herein.

7. The Defendants, OFFICERS JOHN DOE 1-4, without probable cause handcuffed the Plaintiff, THOMAS CONRAD.

8. Said action was

9. The Plaintiff, THOMAS CONRAD, was not free to go.

10. The Plaintiff, THOMAS CONRAD, was held in custody for several hours.

11. The actions of the Defendants, OFFICERS JOHN DOE 1-4, were intentional, willful and wanton.

12. As a result of the actions of the Defendants, OFFICERS JOHN DOE 1-4, the Plaintiff, THOMAS CONRAD, suffered fear, anxiety, emotional distress, pain and suffering.

13. The actions of the Defendants, OFFICERS JOHN DOE 1-4, violated the Plaintiff, THOMAS CONRAD'S, Fourth Amendment rights as protected by the United States Constitution and 42 U.S.C. §1983.

WHEREFORE the Plaintiff, THOMAS CONRAD, prays for judgment against the Defendants, OFFICERS JOHN DOE 1-4, for compensatory damages of TWENTY-FIVE THOUSAND 00/100 ($25,000.00) DOLLARS, plus punitive damages of TWENTY-FIVE THOUSAND 00/100 ($25,000.00) DOLLARS, plus reasonable attorney's fees and costs.

### COUNT III - ILLEGAL SEARCH OF CAR AND HOME

1-9. The Plaintiff, THOMAS CONRAD, hereby reallege and incorporates his allegations of paragraphs 1-9 of Count II as his respective allegations of paragraphs 1-9 of Count III as though fully set forth herein.

10. After taking the Plaintiff, THOMAS CONRAD, into custody and in handcuffs, one of more of the Defendants, OFFICERS JOHN DOE 1-4, searched the Plaintiff's automobile.

11. The Defendants, OFFICERS JOHN DOE 1-4, then transported the Plaintiff, THOMAS CONRAD, to his home in Oak Lawn.

12. The Defendants, OFFICERS JOHN DOE 1-4, had no probable cause to search the Plaintiff, THOMAS CONRAD'S house.

13. The Defendants, OFFICERS JOHN DOE 1-4, had no probable cause to enter and/or search the Plaintiff, THOMAS CONRAD'S house.

14. The actions of the Defendants, OFFICERS JOHN DOE 1-4, were intentional, willful and wanton.

15. As a result of the actions of the Defendants, OFFICERS JOHN DOE 1-4, suffered a violation of his Fourth Amendment rights as protected by the United States Constitution and 42 U.S.C. §1983.

16. As a result of the actions of the Defendants, OFFICERS JOHN DOE 1-4, the Plaintiff, THOMAS CONRAD, suffered fear, anxiety, emotional distress, monetary loss and fear.

WHEREFORE the Plaintiff, THOMAS CONRAD, prays for judgment against the Defendants, OFFICERS JOHN DOE 1-4, for compensatory damages of TWENTY-FIVE THOUSAND 00/100 ($25,000.00) DOLLARS, plus punitive damages of TWENTY-FIVE THOUSAND 00/100 ($25,000.00) DOLLARS, plus reasonable attorney's fees and costs.

### COUNT IV - VIOLATION OF FOR VIOLATION OF HIS PROPERTY

1-13. The Plaintiff, THOMAS CONRAD, hereby reallege and incorporates his allegations of paragraphs 1-13 of Count III as his respective allegations of paragraphs 1-13 of Count IV as though fully set forth herein.

14. During the day, the Defendants, OFFICERS JOHN DOE 1-4, searched the Plaintiff, THOMAS CONRAD'S, bar, office, safe, car and house, violating his property rights.

15. The Defendants, OFFICERS JOHN DOE 1-4, without any probable cause or legal justification took approximately three hundred ($300.00) dollars from the Plaintiff, THOMAS CONRAD'S, safe in his office.

16. The Defendants, OFFICERS JOHN DOE 1-4, without any probable cause or legal justification took an old gun from the Plaintiff, THOMAS CONRAD'S, home in Oak Lawn.

17. The Defendants, OFFICERS JOHN DOE 1-4, without any probable cause or legal justification took approximately one thousand three hundred ($1,300.00) dollars from the Plaintiff, THOMAS CONRAD'S, home.

18. The actions of the Defendants, OFFICERS JOHN DOE 1-4, violated the Plaintiff, THOMAS CONRAD'S, rights as protected by the Fourth Amendment of the United States Constitution and 42 U.S.C. §1983.

WHEREFORE the Plaintiff, THOMAS CONRAD, prays for judgment against the Defendants, OFFICERS JOHN DOE 1-4, for compensatory damages of TWENTY-FIVE

THOUSAND 00/100 ($25,000.00) DOLLARS, plus punitive damages of TWENTY-FIVE THOUSAND 00/100 ($25,000.00) DOLLARS, plus reasonable attorney's fees and costs.

### JURY DEMAND

The Plaintiff, THOMAS CONRAD, requests a trial by jury.

Respectfully submitted,
THOMAS CONRAD,

*/s/ Gregory E. Kulis*
GREGORY E. KULIS
GREGORY E. KULIS AND ASSOCIATES
Attorneys for the Plaintiff

GREGORY KULIS AND ASSOCIATES
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602
(312) 580-1830

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

**DOCKETED**
**NOV 07 2003**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I.(a) PLAINTIFFS

THOMAS CONRAD

### DEFENDANTS

OFFICERS JOHN DOE 1-4

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___COOK___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___COOK___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

03C 7888

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

GREGORY E. KULIS & ASSOCIATES
30 N. LaSalle Street, Suite 2140
Chicago, Illinois 60602

ATTORNEYS (IF KNOWN)

JUDGE RONALD GUZMAN
MAGISTRATE JUDGE NOLAN

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

VIOLATION OF 42 U.S.C. Section 1983

### VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐

### VIII. This case

☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 11/6/03

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**DOCKETED** NOV 0 7 2003

In the Matter of THOMAS CONRAD,
        Plaintiff,

v.

OFFICERS JOHN DOE 1-4,
        Defendants.

Case Number: **03C 7888**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
THOMAS CONRAD

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE NOLAN

| (A) | (B) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE *(signed)* |
| NAME: Gregory E. Kulis | NAME: Kathleen Coyne Ropka |
| FIRM: Gregory E. Kulis and Associates | FIRM: Gregory E. Kulis and Associates |
| STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 | STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: Chicago, Illinois 60602 |
| TELEPHONE NUMBER: 312/580-1830 | TELEPHONE NUMBER: 312/580-1830 |
| IDENTIFICATION NUMBER: state of Illinois 6180966 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE |
| NAME: Shehnaz I. Mansuri | NAME: |
| FIRM: Gregory E. Kulis and Associates | FIRM: |
| STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312/580-1830 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.